# EXHIBIT 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-492-029**
**Effective Date of Registration:**
January 22, 2026
**Registration Decision Date:**
March 30, 2026

## Title

**Title of Work:** Until My Last Breath

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 17, 2016
**Nation of 1st Publication:** Canada

## Author

- **Author:** Jessica Allain
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Jessica Allain
92 Douglas Ave., Moncton, E1E 2E8, Canada

## Limitation of copyright claim

**Material excluded from this claim:** Flowers, Human skeleton, Woman

**New material included in claim:** The background and vines, Artistic arrangement, composition

## Rights and Permissions

**Name:** Jessica Allain
**Email:** jessicaallainart@hotmail.com
**Address:** 92 Douglas Ave.
Moncton E1E 2E8 Canada

## Certification

---



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-499-234

**Effective Date of Registration:**
January 22, 2026
**Registration Decision Date:**
May 01, 2026

## Title

**Title of Work:** Northern Lights

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 06, 2016
**Nation of 1st Publication:** Canada

## Author

- **Author:** Jessica Allain
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Jessica Allain
92 Douglas Ave., Moncton, E1E 2E8, Canada

## Limitation of copyright claim

**Material excluded from this claim:** The bears & background

**New material included in claim:** Artistic arrangement, composition, sharpening, selective blurring, Texture

## Rights and Permissions

**Name:** Jessica Allain
**Email:** jessicaallainart@hotmail.com
**Address:** 92 Douglas Ave.
Moncton E1E 2E8 Canada

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-485-895**
**Effective Date of Registration:**
January 22, 2026
**Registration Decision Date:**
February 25, 2026

## Title

**Title of Work:** Aphrodite

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 24, 2016
**Nation of 1st Publication:** Canada

## Author

- **Author:** Jessica Allain
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Jessica Allain
92 Douglas Ave., Moncton, E1E 2E8, Canada

## Limitation of copyright claim

**Material excluded from this claim:** Aphrodite, Jelly Fish

**New material included in claim:** The bubbles, Seahorse and golden embellishments, Artistic arrangement, composition

## Rights and Permissions

**Name:** Jessica Allain
**Email:** jessicaallainart@hotmail.com
**Address:** 92 Douglas Ave.
Moncton E1E 2E8 Canada

## Certification

**Name:** David Denholm
**Date:** January 22, 2026
**Applicant's Tracking Number:** JA2026011603

---

**Correspondence:** Yes

